**Petition for Writ of Mandamus Dismissed and Memorandum Opinion filed March 23, 2023.**



In The

# Fourteenth Court of Appeals

---

### NO. 14-23-00158-CV

---

## IN RE CRISTINO RUVALCABA, JR., AS TRUSTEE OF THE JUAN CARLOS RUVALCABA IRREVOCABLE TRUST; ELAM MEAT MARKET, LLC; LONGVIEW MEAT MARKET, LLC; AND SUPERMERCADO LATINO, LLC, Relators

**ORIGINAL PROCEEDING**
**WRIT OF MANDAMUS**
**507th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2021-34821**

## MEMORANDUM OPINION

On March 8, 2023, relators Cristino Ruvalcaba, Jr., As Trustee of the Juan Carlos Ruvalcaba Irrevocable Trust; Elam Meat Market, LLC; Longview Meat Market, LLC; and Supermercado Latino, LLC filed a petition for writ of mandamus in this Court. *See* Tex. Gov't Code Ann. § 22.221; *see also* Tex. R.

App. P. 52.  In the petition, relators ask this Court to compel the Honorable Julia Maldonado, presiding judge of the 507th District Court of Harris County, to vacate her November 28, 2022 order denying relators' motion to transfer venue.

On March 14, 2023, relators filed an unopposed motion to dismiss their petition for writ of mandamus.  Accordingly, we grant realtors' unopposed motion.  Relators' petition for writ of mandamus is dismissed.  Additionally, the motion to dismiss filed by real party in interest Laura Ruvalcaba is dismissed as moot.

PER CURIAM

Panel consists of Justices Bourliot, Hassan, and Poissant.